## Commonwealth v. Mummert, Appellant.

724

Argued December 4, 1972. *Leo E. Gribbin, Jr.,* with him *Stetler & Gribbin,* for appellant; *Morrison B. Williams,* First Assistant District Attorney, with him *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.